■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE RILEY, Appellant.—Judgment unanimously affirmed.

Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.